FILED

01/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0607

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0607

CITY OF THOMPSON FALLS,

      Plaintiff and Appellee,

v.

SETH ANDREW KELLER-KEITH

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 21, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed and dated as indicated below.

ORDER - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 23 2024